

**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

BARRY I. LEVY
PARTNER
(516) 357-3149
barry.levy@rivkin.com

September 6, 2011

**By ECF Transmission**
Honorable Roslynn R. Mauskopf
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Government Employees Insurance Co. et al. v. Village Medical Supply, Inc., et al.**
    **Docket No.: 1:11-cv-02863-RRM-JO**
    **Our File No.: 5100-26**

Dear Judge Mauskopf:

I write on behalf of Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "GEICO" or "Plaintiffs") in response to the Court's August 31, 2011 Order. Plaintiffs intend to file motions for default judgment pursuant to Rule 55(b) against the Defendants that have been served and whose defaults have presently been noted pursuant to Rule 55(a). We would propose to file those motions on or before September 30, 2011. To date, we have been unable to serve the following Defendants: Grigol Apresyantsi, Marifat Davlatkhonova and Teimuraz Ugrekhelidze. Based on conversations with our process server, we believe that service will be effectuated within the next 7-10 days. When service is effectuated, and in the event that these Defendants similarly fail to appear or answer the Complaint, it is our intention to also seek judgments by default pursuant to Rule 55(b) against them as well.

The Court's attention to this request is appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

Barry I. Levy

BIL/lg

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495