| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: JAMES ORENSTEIN                             DATE: 5/17/2012
               U.S. MAGISTRATE JUDGE                      TIME: 11:30 a.m.

*Government Employees Insurance Co., et al. v. Village Medical Supply, Inc., et al.*
11-CV-2863 (RRM) (JO)

TYPE OF CONFERENCE: Telephone

APPEARANCES:   Plaintiffs   Barry I. Levy; Justin A. Calabrese; Ryan C. Goldberg; Max Gershenoff

                            Defendants   No appearances

SCHEDULING: There are no further conferences scheduled before me at this time.

THE FOLLOWING RULINGS WERE MADE: I asked the plaintiffs' counsel to consider the effect on their request for declaratory relief of N.Y. Ins. Law Sec. 5106 and the opinion in *Fair Price Med. Supply Corp. v. Travelers Indem. Co.*, 10 N.Y.3d 556 (2008). The plaintiffs will submit a letter by May 24, 2012, setting forth how they propose to proceed and, if apposite, suggesting a date by which they will either submit supplemental authority or file an amended complaint.

                                                                       SO ORDERED

                                                                         /s/
                                                             JAMES ORENSTEIN
                                                             U.S. Magistrate Judge