

## RIVKIN RADLER®
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

**JUSTIN A. CALABRESE**
(516) 357-3565
Justin.calabrese@rivkin.com

May 24, 2012

**By ECF Transmission**
Honorable James Orenstein
United States Magistrate-Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Government Employees Insurance Co. et al. v. Village Medical Supply, Inc., et al.**
      **Docket No.: 1:11-cv-02863-RRM-JO**
      **Our File No.: 5100-26**

Dear Magistrate-Judge Orenstein:

Plaintiffs have decided to withdraw the pending Motion for Default Judgment. We intend to file an Amended Summons and Complaint to address any potential concerns expressed by the Court. Should the Defendants again default, Plaintiffs will request permission to file a Motion for Default Judgments against the defaulting parties. As the Court may be aware, Plaintiffs were previously granted permission to serve some of the Defendants via alternative methods of service. For expediency, Plaintiffs request permission to file an Amended Complaint within 2 weeks and to serve the Amended Complaint in accordance with those methods.

Thank you for your attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

/S/

Justin A. Calabrese

JAC/dr

2618514 v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495