

WWW.RIVKINRADLER.COM

**MAX GERSHENOFF**
PARTNER
(516) 357-3444
max.gershenoff@rivkin.com

June 6, 2012

**VIA ECF**

Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Government Employees Insurance Co. et al. v. Village Medical Supply, Inc. et al.
            Docket No. CV 11-2863 (RRM)(JO)
            RR File No.:  005100-00026

Dear Magistrate Judge Orenstein:

As the Court is aware, we represent Plaintiffs in the above-referenced matter. Pursuant to the Court's May 17, 2012 Order, we wrote to the Court on May 24, 2012 and moved for permission to file an amended Complaint. See Docket No. 42. By Order dated May 25, 2012, the Court granted Plaintiffs' motion, and directed Plaintiffs to file their amended pleading by June 8, 2012.

Plaintiffs respectfully request a one-week extension of time in which to file their amended Complaint, from June 8, 2012 to June 15, 2012.

This request is made for good cause, in that Plaintiffs would like the additional time so as to ensure that the amended pleading fully addresses the issues discussed during the May 17, 2012 telephone conference with the Court.

We appreciate the Court's consideration.

                              Respectfully submitted,

                              RIVKIN RADLER LLP
                              /s/ Max Gershenoff
                              Max Gershenoff (MG 4648)

cc: All counsel via ECF

926 RXR Plaza
Uniondale, NY  11556-0926
T 516.357.3000
F 516.357.3333

555 Madison Avenue
New York, NY  10022-3338
T 212.455.9555
F 212.687.9044

21 Main Street
Court Plaza South
West Wing, Suite 158
Hackensack, NJ  07601-7021
T 201.287.2460
F 201.489.0495