UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
CO., et al.,

                        Plaintiffs,

        - against -

VILLAGE MEDICAL SUPPLY, et al.,
                        Defendants.
-----------------------------------------------------------X

ORDER

11-CV-2863 (RRM) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      A hearing to determine the amount of damages, if any, that should be awarded on the basis of the defendants' default will be held before me at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on August 19, 2013, at 10:30 a.m.

      The plaintiffs are directed to submit any written materials in support of their request for damages, including any affidavits, exhibits, or memoranda of law that the plaintiffs wish me to consider, as well as a list of all witnesses who will testify at the hearing, no later than August 5, 2013, with copies simultaneously provided to the defendants. **This will be the plaintiffs' final opportunity to present argument or evidence to me in support of any request for relief.** The plaintiffs are directed to serve a copy of this order on the defendants and to electronically file proof of such service no later than July 22, 2013. Any defendant that wishes to make a submission in response must do so no later than August 12, 2013.

      SO ORDERED.

Dated: Brooklyn, New York
       July 15, 2013

                                                                                               /s/
                                                                       JAMES ORENSTEIN
                                                                       U.S. Magistrate Judge