UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, *et al.*,

                Plaintiffs,

     - against -

  VILLAGE MEDICAL SUPPLY, INC., *et al.*,

                Defendants.
-------------------------------------------------------------X
.

**JUDGMENT**
11-CV-2863 (RRM) (JO)

      A Memorandum and Order having been filed this day adopting the unopposed Report and Recommendation of Magistrate Judge James Orenstein, dated February 28, 2014, it is hereby

      **ORDERED ADJUDGED AND DECREED** that default judgment is hereby entered in favor of plaintiffs Government Employees Insurance Co., Geico Indemnity Co., Geico General Insurance Company, and Geico Casualty Co., and against defendants Village Medical Supply, Inc., Albert Babadzhanov, Grigol Supply, Inc., and Grigol Apresyantsi, jointly and severally, in the total amount of $34,973.51 (consisting of $26,424.83 in damages and $8,548.68 in pre-judgment interest through and including March 18, 2014), and it is

      **FURTHER ORDERED ADJUDGED AND DECREED** that a Declaratory Judgment is hereby entered in favor of plaintiffs Government Employees Insurance Co., Geico Indemnity

Co., Geico General Insurance Company, and Geico Casualty Co., that they are not obligated to pay nor are liable for the outstanding claims submitted against them by defendant Village Medical Supply, Inc..

Dated: Brooklyn, New York
      March 18, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge